NO. 07-10-00052-CV
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL C
 
--------------------------------------------------------------------------------
JUNE 4, 2010
--------------------------------------------------------------------------------

 
 TOM UPCHURCH, JR., WAYNE B. BARFIELD AND WAYNE B. BARFIELD, P.C., APPELLANTS
 
 v.
 
COLLIN J. FOWLER AND BARBARA SUE FOWLER, INDIVIDUALLY AND AS NEXT FRIENDS OF WILLIAM JAMES FOWLER, DECEASED, JOE ROMO AND FLOYD TUTSON, APPELLEES 
--------------------------------------------------------------------------------

 
 FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;
 
 NO. 79,998-A; HONORABLE EDWARD LEE SELF, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

 MEMORANDUM OPINION
 
Appellants, Tom Upchurch, Jr., Wayne B. Barfield, and Wayne B. Barfield, P.C., have filed a motion for voluntary dismissal of their notice of appeal. See Tex. R. App. P. 42.1(a)(1). No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. Id. All costs related to this appeal are assessed against appellants. See Tex. R. App. P. 42.1(d). If dismissal will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs appellees to file a timely motion for rehearing. No motion for rehearing from appellants will be entertained.

 Mackey K. Hancock
 Justice